# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# NORTHWESTERN DIVISION

| United States of America, | ) | |
|---|---|---|
| Plaintiff, | ) ) | **ORDER GRANTING MOTION FOR LEAVE TO FILE DISMISSAL** |
| vs. | ) ) | |
| Sahin Iyibas, | ) ) | Case No. 4:13-mj-071 |
| Defendant. | ) | |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and the Government's motion for leave to file dismissal filed May 8, 2013 (Docket No. 9), the complaint filed in this case against the defendant, Sahin Iyibas, is dismissed without prejudice.

**IT IS SO ORDERED.**

Dated this 9th day of May, 2013.

/s/ Charles S. Miller, Jr.
Charles S. Miller, Jr.
United States Magistrate Judge